**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

KIMBERLY J. KEELER,                       No. 2:16-CV-2094-TLN-CMK

       Plaintiff,

   vs.

TREVER KNYPER,

       Defendant.

_____/

KIMBERLY J. KEELER,                       No. 2:16-CV-2186-JAM-CMK

       Plaintiff,

   vs.

WALTER BULLINGTON,

       Defendant.

_____/

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| KIMBERLY J. KEELER, | No. 2:16-CV-2206-MCE-CMK |
| Plaintiff, | |
| vs. | |
| JOHNATHAN SHELDON, | |
| Defendant. | |
| _____/ | |
| KIMBERLY J. KEELER, | No. 2:16-CV-2508-TLN-CMK |
| Plaintiff, | |
| vs. | |
| GARRET MAXWELL, | |
| Defendant. | |
| _____/ | |
| KIMBERLY J. KEELER, | No. 2:16-CV-2805-MCE-CMK |
| Plaintiff, | |
| vs. | |
| CITY OF REDDING, et al., | |
| Defendants. | |
| _____/ | |
| KIMBERLY J. KEELER, | No. 2:16-CV-2810-JAM-CMK |
| Plaintiff, | |
| vs. | |
| STEPHEN S. CARLTON, | |
| Defendant. | |
| _____/ | |

/ / /

/ / /

<u>ORDER</u>

Plaintiff, who is proceeding pro se, brings these six separate civil actions. According to plaintiff's complaints, each action arises out of events which allegedly took place in Redding, California, on February 25, 2016. In each action, plaintiff alleges false arrest, false imprisonment, police misconduct, as well as various violations of her constitutional rights. Because each action involves common questions of law and fact, they will be consolidated into a single action. <u>See</u> Fed. R. Civ. P. 42(a)(2). Plaintiff will be provided an opportunity to file an amended complaint in the lead action, <u>Keeler v. Knyper</u>, Case No. 16-CV-2094-TLN-CMK, setting forth all of her allegations as to each defendant in a single pleading. <u>See</u> E. Dist. Cal. Local Rule 220. Each of the other actions will be administratively closed. Plaintiff is cautioned that failure to file an amended complaint within the time provided herein may result in dismissal of the lead action for failure to comply with court rules and orders. <u>See</u> E. Dist. Cal. Local Rule 110.

Pending before the court in lead action <u>Keeler v. Knyper</u>, Case No. 16-CV-2094-TLN-CMK, is plaintiff's request for leave to proceed in forma pauperis (Doc. 2). Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security therefor and the court will grant the application.

Accordingly, IT IS HEREBY ORDERED that:

1.    The six above-captioned actions are consolidated under lead action <u>Keeler v. Knyper</u>, Case No. 16-CV-2094-TLN-CMK, and the Clerk of the Court is directed to administratively close the other five actions and to terminate all motions pending in the other five actions;

2.    Plaintiff's application for leave to proceed in forma pauperis (Doc. 2) in <u>Keeler v. Knyper</u>, Case No. 16-CV-2094-TLN-CMK, is granted;

3.    The Clerk of the Court shall not issue summons or set this matter for an initial scheduling conference unless specifically directed to do so by further court order;

4. Plaintiff's complaint in <u>Keeler v. Knyper</u>, Case No. 16-CV-2094-TLN-CMK, is dismissed with leave to file an amended complaint alleging all claims as to all defendants in a single pleading; and

5. Plaintiff shall file an amended complaint in <u>Keeler v. Knyper</u>, Case No. 16-CV-2094-TLN-CMK, within 30 days of the date of this order.


DATED: June 14, 2018

_____

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE